UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND, and WESTERN WASHINGTON OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND,<br><br>            Plaintiffs,<br><br>   v.<br><br>O'BUNCO ENGINEERING INTERNATIONAL INC.,<br><br>            Defendant. | CASE NO. 2:23-cv-810<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

MINUTE ORDER - 1

On September 12, 2024, the Court granted Plaintiffs Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund, Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund, and Western Washington Operating Engineers-Employers Training Trust Fund's motion for summary judgment. Dkt. No. 23. Accordingly, the Court STRIKES the trial date and all remaining deadlines listed in its scheduling order at Dkt. No. 12.

Dated this 17th day of September 2024.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2